AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| QUANG VO, | ) |
| *Plaintiff* | ) |
| v. | ) |
| OHIO DEPARTMENT OF JOBS AND FAMILY SERVICES, *et al.*, | ) |
| *Defendants* | ) |

Civil Action No.  1:21-cv-241

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The Reports and Recommendations (Docs. 30, 38) are hereby ADOPTED; Plaintiff's objections (Doc. 33) are OVERULLED; Plaintiff's motion to take judicial notice (Doc. 16) and motion for an extension to respond to the first R&R (Doc. 31) are DENIED as moot; Defendants' motion for judgment on the pleadings (Doc. 24) is GRANTED; Plaintiff's motion for leave to amend (Doc. 34) is DENIED; The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*; Plaintiff's complaint is DISMISSED; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Timothy S. Black, U.S. District Judge    on motions for

Report and Recommendations (Docs. 30, 38)

Date:  3/31/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*